Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

MAR 06 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON E. DUPRAS,<br><br>Defendant. | DOCKET NO. 6:15-mj-00117-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Allison E. DUPRAS has failed to pay the fine.

As the legal officer, I am aware that DUPRAS, was charged with Driving Under the Influence of Alcohol, in violation of Title 36 Code of Federal Regulations §4.23(a)(1); Driving Under the Influence with a BAC above 0.08% in violation of Title 36 Code of

Federal Regulations §4.23(a)(2); Possession of an Open Container of Alcohol in a Vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b); Failure to Obey a Traffic Control Device, in violation of Title 36 Code of Federal Regulations §4.12; Drive Recklessly Upon a Highway in Disregard for Persons or Property where Alcohol was a Factor, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code 23103, pursuant to California Vehicle Code 23103.5(a). On April 19, 2016, DUPRAS plead guilty to Count two, Possession of an Open Container of Alcohol in a Vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b), and Count five, Drive Recklessly Upon a Highway in Disregard for Persons or Property where Alcohol was a Factor, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code 23103, pursuant to California Vehicle Code 23103.5(a). DUPRAS was sentenced to 12 months of unsupervised probation with the conditions she pay a $1200 fine at a rate of $120 per month, obey all laws, and report all new violations of the law to the Court.  The government alleges DUPRAS has violated the following condition(s) of her unsupervised probation:

CHARGE ONE:    FAILURE TO PAY FINE

DUPRAS was ordered to pay $1200, at the rate of $120 per month.  To date DUPRAS has paid $0 of the fine.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

3/6/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

3/6/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California