Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALISON EILEEN DUPRAS,<br><br>　　　　　　Defendant. | DOCKET NO. 6:15-mj-117-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant Alison DUPRAS, was charged in a First Amended Criminal Complaint with Driving Under the Influence of Alcohol, in violation of Title 36 Code of Federal Regulations §4.23(a)(1); Driving Under the Influence with a BAC above 0.08% in violation of Title 36 Code of Federal Regulations §4.23(a)(2); Possession of an Open Container of Alcohol in a Vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b); Failure to Obey a Traffic Control Device, in violation of Title 36 Code of Federal Regulations §4.12; Drive Recklessly Upon a Highway in Disregard for Persons or Property where Alcohol was a Factor, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code 23103, pursuant to California Vehicle Code 23103.5(a). On April 19, 2016, DUPRAS plead guilty to Count two, Possession of an Open Container of Alcohol in a Vehicle, in violation of Title 36 Code of Federal

Regulations §4.14(b), and Count five, Drive Recklessly Upon a Highway in Disregard for Persons or Property where Alcohol was a Factor, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code 23103, pursuant to California Vehicle Code 23103.5(a).  DUPRAS was sentenced to 12 months of unsupervised probation with the conditions she pay a $1200 fine at a rate of $120 per month, obey all laws, and report all new violations of the law to the Court.

On March 6, 2016 the Government filed an Affidavit of Alleged Probation Violation charging that DUPRAS had failed to pay the fine.  A hearing was scheduled for March 21, 2017.  At that hearing, defense counsel was present and provided the Government and the Court proof the fine was paid on March 14, 2017.  Accordingly, the Government herewith withdraws its Allegation of Probation Violation in this matter.

Dated: March 21, 2017          By: /s/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park, CA

**ORDER**

The Statement of Alleged Probation Violation(s) filed on March 6, 2017 is retracted.

IT IS SO ORDERED.

Dated:   March 23, 2017            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE